# THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| ACTALENT, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:25-cv-626-GNS |
| | ) |
| TKT & Associates, Inc. and | ) |
| TKTKONNECT, LLC, | ) |
| | ) |
|     Defendants. | ) |

## FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)
## COMBINED DISCLOSURE STATEMENT

**\* \* \* \* \***

This Federal Rule of Civil Procedure ("FRCP") 7.1(a) Combined Disclosure Statement is filed on behalf of Defendants TKT & Associates, Inc. ("TKTA") and TKTKONNECT, LLC ("KONNECT") and complies with the provisions of FRCP Rule 7.1(a)(1) ☒ and/or FRCP 7.1(a)(2) ☒.

**FRCP 7.1(a)(1) Statement.** The Party hereby declares as follows:

**1. TKT & Associates, Inc.**

☒ It does not have a parent corporation.

☒ There is no publicly held corporation that owns 10% or more of the stock.

**FRCP 7.1(a)(2) Statement.** The Party hereby declares as follows:

The names and citizenship of every individual or entity whose citizenship is attributed to the Party are as follows (attach additional pages if needed):

TKT & Associates, Inc.                        Kentucky
Party or Intervenor Name                      Citizenship

**FRCP 7.1(a)(1) Statement.** The Party hereby declares as follows:

**2. TKTKONNECT, LLC**

☒ It does have a parent corporation.

☒ There is no publicly held corporation that owns 10% or more of the stock.

☒ It does have the following parent corporation(s) (attach additional pages if needed):

Name: TKT & Associates, Inc.          Relationship: Parent/Owner

**FRCP 7.1(a)(2) Statement.** The Party hereby declares as follows:

The names and citizenship of every individual or entity whose citizenship is attributed to

the Party are as follows (attach additional pages if needed):

TKTKONNECT, LLC                               Kentucky
Party or Intervenor Name                      Citizenship

**In compliance with FRCP 7.1(b), Party will file a supplemental disclosure statement upon any change in the information provided herein.**

November 24, 2025                             */s/ Samuel E.T. Jones*
Date                                          Signature

                                              Counsel for:   Defendants TKT &
                                              Associates, Inc. and TKTKONNECT, LLC

2

325328055v.1

## CERTIFICATE OF SERVICE

   I, the undersigned, hereby certify the foregoing was filed on this the 24th day of November 2025, utilizing the Court's CM/ECF e-filing service, which will provide electronic notification of filing to the following counsel of record:

Joshua T. Rose
ABELL ROSE LLC
108 S. Madison Ave.
Louisville, KY  40243
(502) 450-5611
jrose@abellroselaw.com
*Counsel for Plaintiff Actalent, Inc.*

                */s/ Samuel E.T. Jones*
                John H. Dwyer, Jr.
                Samuel E.T. Jones

                *Counsel for Defendants TKT & Associates, Inc. and TKTKONNECT, LLC*