## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| **ACTALENT, INC.** ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | Civil Action No. 3:25CV-00626-GNS |
| ) | JUDGE GREG N. STIVERS |
| **TKT & ASSOCIATES, INC. and** ) | |
| **TKTKONNECT, LLC** ) | |
| ) | |
| DEFENDANTS ) | |

## REPORT OF THE PARTIES' 26(f) PLANNING MEETING

Now come jointly the Parties, Plaintiff Actalent, Inc. ("Actalent") and Defendants TKT & Associates, Inc. and TKTKONNECT, LLC ("TKT Defendants"), and for their Rule 26(f) Planning Meeting Report state as follows.

(a) **Rules 26(f) Conference**.

Plaintiff's counsel, Joshua T. Rose, and Defendant's counsel, Samuel E.T. Jones, conducted their Rule 26(f) conference on December 5, 2025, via Zoom videoconferencing.

(b) **Brief Description of Facts and Issues**:

Plaintiff's Position

Plaintiff claims Defendants owe Plaintiff $579,216.50 for staffing services, plus late fees, attorneys fees and interest that continue to accrue. Plaintiff is a multi-industry staffing company that provides contract employees to customers, pays the employee directly, and gets reimbursed by the customer. Plaintiff provided contract employees to work for Toyota and the Defendants were Toyota's payment processor. Plaintiff would submit invoices to the Defendants for services rendered, Defendants would then submit those invoices to Toyota for payment and then remit

payment back to Plaintiff. For years, Plaintiff invoiced and was paid for its services via the Defendants.

In November 2024, Plaintiff submitted invoices to the Defendants for $579,216.50 for services rendered. Upon information and belief, the Defendants received payment from Toyota for that amount yet failed to remit the same to Plaintiff, even after multiple demands for payment.

Plaintiff alleges breach of contract, breach of an implied-in-fact contract, unjust enrichment, account stated and conversion against Defendants.

Defendants' Position

Defendant TKT & Associates, Inc. is a professional services and consulting firm that provides advisory, management, and operational support services to a range of clients. TKT & Associates, Inc. is the parent company of Defendant TKTKONNECT, LLC, a separate and distinct entity that provides payment solution and processing services pursuant to its own client service agreements.

Defendant TKTKONNECT, LLC provides managed service payment processing services for its clients, including Toyota, in accordance with the terms of its service agreements, and remits payments to third parties based solely on services rendered and as directed by its clients.

Both Defendants dispute Plaintiff's allegations in their entirety and expressly deny that they have breached any contractual obligation to Plaintiff. Specifically, TKT & Associates, Inc. has no direct, indirect, contractual, or non-contractual relationship with the Plaintiff or subject matter thereof. Both Defendants dispute Plaintiff's claims and expressly deny that they had, or breached, any contractual obligation to Plaintiff that would entitle Plaintiff to recover the alleged damages.

    (c) **Rule 26(f)(3) issues**:

The parties do not anticipate changes for initial disclosures, issues regarding electronically stored information, the need for phases of discovery, privilege issues, or special considerations regarding discovery.

    (d) **Initial Disclosures:**

The parties will exchange by January 9, 2026, the information required by Fed. R. Civ. P. 26(a)(1).

    (e) **Discovery Plan and Issues:**

      (i) The parties will seek written discovery on the circumstances surrounding the transactions at issue, including all relevant and non-privileged communications between the parties and non-parties on that issue, and any other evidence bearing on Plaintiff's claims. Depositions of the parties and non-parties who may have knowledge of any pertinent transactions may be needed.

      (ii) Maximum number of Interrogatories, RFA and RFPDs: Twenty Five (25)

      (iii) Plaintiff Amend Pleadings or Join Parties: February 27, 2026

      (iv) Rule 26(e) Supplementation: March 6, 2026

      (v) Defendant Amend Pleadings or Join Parties: March 13, 2026

      (vi) Expert Disclosures: The parties were unable to agree to an expert disclosure deadline. Plaintiff proposed expert disclosures by July 31, 2026. Defendants propose staggered expert disclosures with Defendants' disclosure 30 days after Plaintiff's expert disclosure.

      (vii) Completion of Fact Discovery: June 12, 2026; Expert Discovery: The parties were unable to agree to an expert disclosure deadline. Plaintiff proposes the completion of expert discovery by September 10, 2026. Defendants propose the completion of expert discovery by 45 days after Defendants' disclosure deadline.

      (viii) The parties believe the matter is suitable for a settlement conference with the Magistrate Judge after written discovery and by June 12, 2026.

      (ix) Dispositive Motions: September 24, 2026

      (x) Pretrial Motions, Witness and Exhibit Lists: 30 days after Court rules on dispositive motions

      (xi) Objections: 15 days after motion or designation.

(xii) Estimate of probable length of trial: 2-3 days

(xiii) Estimated Trial Date: November 2026

(xiv) The parties do not consent to the jurisdiction of the Magistrate Judge.

Respectfully submitted,

/s/ Joshua T. Rose
Joshua T. Rose
Abell Rose Law
108 S. Madison Ave.
Louisville, KY 40243
(502) 450-5611
jrose@abellroselaw.com
*Counsel for Plaintiff*

/s/ Samuel E.T. Jones
John H. Dwyer, Jr.
Samuel E.T. Jones
WILSON ELSER MOSKOWITZ EDELMAN
& DICKER, LLP
100 Mallard Creek Rd., Suite 250
Louisville, KY  40207
Telephone: (502) 238-8500
John.dwyerjr@wilsonelser.com
Samuel.jones@wilsonelser.com
*Counsel for Defendants TKT & Associates, Inc. and TKTKONNECT, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served electronically through the Court's ECF system on this 29th day of December 2025, and served on the following:

Joshua T. Rose
Abell Rose Law
108 S. Madison Ave.
Louisville, KY 40243
(502) 450-5611
jrose@abellroselaw.com

4

*Counsel for Plaintiff*

John H. Dwyer, Jr.
Samuel E.T. Jones
Wilson Elser Moskowitz Edelman
 & Dicker, LLP
100 Mallard Creek Rd., Suite 250
Louisville, KY  40207
Telephone: (502) 238-8500
John.dwyerjr@wilsonelser.com
Samuel.jones@wilsonelser.com
*Counsel for Defendants TKT & Associates, Inc.*
*and TKTKONNECT, LLC*

                                                    /s/ Samuel E.T. Jones
                                                    *Counsel for Defendants*

326340395v.2