UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ACTALENT, INC., | ) |
|     Plaintiff, | ) Case No. 3:25-cv-626-GNS-RSE </br> ) </br> ) |
| v. | ) </br> ) |
| TKT & Associates, Inc. and </br> TKTKONNECT, LLC, | ) </br> ) </br> ) |
|     Defendants. | ) |

## NOTICE OF FILING

Come Defendants TKT & Associates, Inc. and TKTKONNECT, LLC ("Defendants" or "TKT"), by and through counsel, upon request of the Court, and hereby provide that the undersigned counsel was provided permission from Plaintiff Actalent, Inc.'s counsel, Joshua T. Rose, to file DN 17 – Rule 26(f) Report of Parties' Planning Meeting.

Respectfully submitted,

*/s/ Samuel E.T. Jones*
John H. Dwyer, Jr.
Samuel E.T. Jones
WILSON ELSER MOSKOWITZ EDELMAN
   & DICKER, LLP
100 Mallard Creek Rd., Suite 250
Louisville, KY  40207
Telephone: (502) 238-8500
Email: john.dwyer@wilsonelser.com
       samuel.jones@wilsonelser.com
*Counsel for Defendants TKT & Associates, Inc. and TKTKONNECT, LLC*

327261995v.1

## CERTIFICATE OF SERVICE

       I, the undersigned, hereby certify the foregoing was filed on this the 5th day of January 2026, utilizing the Court's CM/ECF e-filing service, which will provide electronic notification of filing to the following counsel of record:

Joshua T. Rose
ABELL ROSE LLC
108 S. Madison Ave.
Louisville, KY  40243
(502) 450-5611
jrose@abellroselaw.com
*Counsel for Plaintiff Actalent, Inc.*

                                              */s/ Samuel E.T. Jones*
                                              John H. Dwyer, Jr.
                                              Samuel E.T. Jones
                                              *Counsel for Defendants TKT & Associates, Inc. and TKTKONNECT, LLC*