# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **ACTALENT, INC.** )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>**TKT & ASSOCIATES, INC. and** )<br>**TKTKONNECT, LLC** )<br>)<br>DEFENDANTS ) | Civil Action No. 3:25CV-00626-GNS<br>JUDGE GREG N. STIVERS |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Actalent, Inc. ("Actalent") and Defendants TKT & Associates, Inc. and TKTKonnect, LLC ("TKT"), hereby stipulate to the dismissal of this action with prejudice. Actalent and TKT further stipulate that each party will bear its own attorney's fees and costs.

Dated: February 20, 2026

By: /s/ *Matthew D. Bernstein*
Matthew Bernstein
Shook, Hardy & Bacon L.L.P.
*Admitted Pro Hac Vice*
201 S. Biscayne Blvd., Suite 3200
Miami, FL 33131
Telephone: (305) 538-5171
mbernstein@shb.com

Joshua T. Rose
Abell Rose Law
108 S. Madison Ave.
Louisville, KY 40243
(502) 450-5611
jrose@abellroselaw.com
*Counsel for Plaintiff*

Respectfully submitted,

By: /s/ *Samuel E.T. Jones* (with permission)
Samuel E.T. Jones
John H. Dwyer, Jr.
Wilson Elser Moskowitz Edelman & Dicker, LLP
100 Mallard Creek Rd., Suite 250
Louisville, KY 40207
Telephone: (502) 238-8500
samuel.jones@wilsonelser.com
john.dwyer@wilsonelser.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on Februray 20, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record.

                                                    /s/ Matthew D. Bernstein
                                                    *Attorney for Actalent, Inc.*